1

2

3

4

5          UNITED STATES DISTRICT COURT

6          EASTERN DISTRICT OF WASHINGTON

7   HECTOR ENRIQUES PEREZ,

                                          NO:  1:17-CV-3006-RMP
8                    Petitioner,

                                          ORDER ADOPTING REPORT AND
9        v.                               RECOMMENDATION AND
                                          DISMISSING HABEAS PETITION
10  JEFFREY A. UTTECHT,

11                   Respondent.

12

13       **BEFORE THE COURT** is a Report and Recommendation ("R&R"), **ECF**

14  **No. 30**, filed by Magistrate Judge John Rodgers on June 5, 2017, resolving a motion

15  to dismiss, **ECF Nos. 20 and 26**, filed by the Washington Attorney General on

16  behalf of Respondent Jeffrey Uttecht.  Petitioner timely objected to the R&R.  ECF

17  No. 32.  Having reviewed the parties' filings, the R&R, and the relevant law, the

18  Court is fully informed.

19       Mr. Perez argues that he is entitled to tolling of the statute of limitations

20  during the period in which his personal restraint petitions were pending.  ECF No.

21  32 at 3-7.  The Court notes that Magistrate Judge Rodgers determined that Mr.

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
HABEAS PETITION ~ 1

1    Perez's habeas petition would be time-barred even if the statute of limitations were

2    tolled throughout the period when all of the PRPs that Mr. Perez filed. ECF No. 30

3    at 5.

4        Mr. Perez further argues that he is entitled to an equitable exception to the

5    statute of limitations because he has made a credible showing of actual innocence.

6    ECF No. 32 at 20. Mr. Perez relies on a Washington state appellate decision, *State*

7    *v. Wilson*, 174 Wn. App. 328 (2013), discussing expert witness testimony about a

8    physical virginity examination of a minor who allegedly had been the victim of

9    sexual assault. *See* ECF Nos. 1 at 7-9; 32 at 20. Although not explicit about how

10    the expert witness opinion and evidence discussed in *Wilson* amounts to a showing

11    of actual innocence, Mr. Perez suggests that the absence of such evidence in his case

12    resulted in his conviction. *Id.*

13        The Court finds no persuasive showing of actual innocence in Mr. Perez's

14    habeas petition or objection to support equitable tolling of the time-bar. *See*

15    *McQuiggin v. Perkins*, 133 S. Ct. 1924, 1928 (2013) (requiring that a petitioner who

16    seeks actual innocence relief from a statute of limitations to offer new, reliable

17    evidence and "show that it is more likely than not that no reasonable juror would

18    have convicted him in light of the new evidence"). Therefore, the Court **adopts** the

19    Report and Recommendation, **ECF No. 30**, in its entirety.

20

21

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
HABEAS PETITION ~ 2

1    Accordingly, **IT IS HEREBY ORDERED** that Respondent's Motion to

2  Dismiss, **ECF No. 20**, is **GRANTED**, and Petitioner's Petition for Writ of Habeas

3  Corpus, **ECF No. 1**, is **DISMISSED.**

4       **IT IS SO ORDERED.**  The District Court Clerk is directed to enter this

5  Order and provide copies to Petitioner and counsel for Respondent and **close** the file.

6       The District Court Clerk is directed to enter this Order and provide copies to

7  counsel.

8       **DATED** September 28, 2017.

9                               *s/ Rosanna Malouf Peterson*
                                ROSANNA MALOUF PETERSON
10                                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
HABEAS PETITION ~ 3